IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-00127-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM JUNIOR BLUE, | |
| Defendant. | |

This matter comes before the court on Defendant's motion requesting "access to full judicial proceedings and transcripts" so that he may "prepar[e] a compliant motion to correct [a] sentencing error," namely that he was orally sentenced to "74 months" but that "a [c]lerical error resulted in a 20 months discrepency [sic] causing [Defendant's] custodial sentence to be [] wrongly increased to 94 months." DE 51 at 1. Records available to court reflect that Defendant is currently serving two consecutive sentences with an aggregate term of imprisonment of 74, not 94, months. *See* DE 46 at 2 (Amended Judgment including imprisonment term of "40 months"); Case No. 5:12-CR-00117-M, DE 105 at 1 (Judgment on revocation of supervised release including term of "34 months to run consecutive to his sentence in case number 5:22-CR-127-1M"). Because Defendant has not yet filed a motion to correct his sentence or provided any basis to find that a clerical error resulted in a miscalculation of his imprisonment term, his records request is DENIED WITHOUT PREJUDICE.

SO ORDERED this 7th day of January, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE